1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10              SOUTHERN DIVISION

| | |
|---|---|
| 11  RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated, | ) **CASE NO.  8:18-cv-01670-JVS-KES** |
| 12 | ) |
| 13                        Plaintiff, | ) **ORDER GRANTING MODIFICATION OF PRETRIAL DEADLINES AND SETTLEMENT DISCUSSION DEADLINE** |
| 14       v. | ) |
| 15  ALLIANCEMED, LLC d/b/a ALLIANCEMED and DRAYE TURNER, | ) |
| 16 | ) **Honorable James V. Selna** |
| 17                        Defendants. | ) |

**<u>ORDER</u>**

The Court, having considered the Joint Stipulation for Order to Modify the PreTrial Deadlines and Trial Date, and for good cause shown, hereby **GRANTS** the stipulation and sets for the new deadlines as follows:

1. The Parties shall attend a second mediation, by telephone, video-conference or other remote means, on or before April 24, 2020.

2. Oppositions to motions in Limine that have already been filed by June 8, 2020 and replies to oppositions to motions in Limine that have already been filed by June 22, 2020.

3. Counsel shall Meet and Confer regarding Jury Instructions by July 10, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4.  Lodge Pretrial Conference Order; File Memoranda of Contentions of Fact and Law; Exhibit List; Witness List; and Status Report re Settlement not later than July 24, 2020.

5.  Final PreTrial Conference; Hearing on Motions in Limine; File Proposed Special Voir Dire Questions and Agreed-to Statement of Case on July 27, 2020 at 11:00 a.m.

6.  File Agreed Upon Set of Jury Instructions and Joint Statement re Disputed Jury Instructions by August 4, 2020. (April 21, 2020)

7.  Jury Trial August 11, 2020 at 8:30 a.m.

It is so ORDERED.

Dated: March 27, 2020

_____
Honorable James V. Selna
United States District Court Judge