Seth M. Lehrman (SBN 178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*
*Retina Associates Medical Group, Inc.*
*additional attorneys listed below*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOAN SPENCER-RUPER, assignee of RETINA ASSOCIATES MEDICAL GROUP, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEMED, LLC d/b/a ALLIANCEMED and DRAYE TURNER,<br><br>Defendants. | CASE NO. 8:18-cv-01670-JWH-KES<br><br>**NOTICE OF SETTLEMENT ADMINISTRATION**<br><br>Hon. John W. Holcomb |

Plaintiff, Joan Spencer-Ruper, assignee of Retina Associates Medical Group, Inc. through Class Counsel, files this Notice of Settlement Administration to apprise the Court of the status of settlement monies received from Defendant:

1. On July 16, 2020, the Court granted preliminary approval of the proposed settlement (the "Settlement"). ECF No. 78.

2. Defendant AllianceMed has made payments required by the Settlement to the Settlement Administrator to be held in trust pending adjudication of Plaintiff's motion for final approval of the Settlement.

1

3. The Settlement Administrator is holding in trust, payments received from AllianceMed in the amount of $109,860.98.

4. These monies are available to be disbursed in accordance with the Settlement should the Court grant final approval of the Settlement.

DATED: February 16, 2021       EDWARDS POTTINGER, LLC.


By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Joan Spencer-Ruper, assignee of Retina Associates Medical Group, Inc.

Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: 877-206-4741
Facsimile: 866-633-0228

Ronald J. Eisenberg (Pro Hac Vice)
reisenberg@sl-lawyers.com
SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005-1221
Telephone: 636-537-4645
Facsimile: 636-537-2599

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, I filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice of the same to all counsel of record.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
Joan Spencer-Ruper, assignee of Retina Associates Medical Group, Inc.